UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey BRADLEY, et al.,<br><br>                                   Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                                   Defendants. | Case No.:  25-cv-2186-AGS-MMP<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS (ECF 16)** |

For the reasons stated on the record at the May 7, 2026 hearing, defendants' motion to dismiss is granted in part and denied in part. The Court orders as follows:

- Claims 3, 9, and 14 are **DISMISSED** with leave to amend.
- Claim 11 is **DISMISSED** against the City of San Diego, but otherwise survives.
- Plaintiff Zaleta is **DISMISSED** from Claim 5 and any other injunctive relief.

In all other respects, the motion to dismiss is **DENIED**.

By **June 8, 2026**, plaintiffs must file any second amended complaint. The amended complaint must be complete by itself without reference to any previous version of the pleading; defendants not named and any claims not re-alleged in the amended complaint will be considered waived.

Dated:  May 7, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1